

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-20-00160-CV

**IN RE** Steven Marcus and Pamela Denise **PAYNE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On March 13, 2020, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than April 9, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 24, 2020.

PER CURIAM

ATTESTED TO: _____
                      Michael A. Cruz,
                      Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-08-24367-CV, styled *R.D. Buie Enterprises Inc. dba Buie Lumber Co. v. CK Creations, L.P., Steven Marcus Payne and Pamela Denise Payne*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable Donna S. Rayes presiding.